IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHRISTOPHER S. ENLOE,**<br>2657 Ridgemore Place<br>Atlanta, Georgia 30318<br><br>     **Plaintiff,**<br><br>   v.<br><br>**CONDOLEEZZA RICE, in her official<br>capacity as United States Secretary of State<br>U.S. DEPARTMENT OF STATE<br>2201 C. STREET N.W.<br>Washington, D.C. 20520**<br>         **Defendant.** | Civil Action No. 05-2193 (RBW) |

## **PRAECIPE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

**CERTIFICATE OF SERVICE**

      I hereby certify that on this ____ day of January, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**CHRISTOPHER S. ENLOE**
**2657 Ridgemore Place**
**Atlanta, Georgia 30318**

                                                _____
                                                LISA S. GOLDFLUSS, D.C. Bar #417787
                                                Assistant United States Attorney
                                                Judiciary Center Building
                                                555 4th Street, N.W., Civil Division
                                                Washington, D.C. 20530
                                                (202) 514-7198