AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Columbia

Christopher S. Enloe,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Condoleezza Rice, in her official capacity as
United States Secretary of State,

Defendant.

CASE NUMBER: 1:05-CV-02193-RBW

TO: (Name and address of Defendant)

Kenneth L. Wainstein, Esq.
United States Attorney for the District of Columbia
555 4th St. NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Enloe
2657 Ridgemore Place
Atlanta, GA 30318

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    DEC 02 2005

CLERK                                                       DATE

*Jackie Franics*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-28-05 at 12:56 p.m. |
| NAME OF SERVER (PRINT)  Ambiko Guice | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ Other (specify):  By serving Cindy Parker, Paralegal, authorized to accept. Service was completed at 501 3rd Street, NW, Washington, DC 20001.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-28-05
            Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.