AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher S. Enloe

SUMMONS IN A CIVIL CASE

V.

Condoleezza Rice, in her official Capacity as United States Secretary of State

CASE NUMBER   1:05CV02193

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 11/__/2005

TO: (Name and address of Defendant)

CONDOLEEZZA RICE
United States Department of State
SERVE: Office of Legal Adviser
Executive Director
2201 C St. NW - L/EX, Room SS19
Washington, D.C. 20520

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Chris Enloe
2657 Ridgemore Place
Atlanta, GA 30318

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      NOV 0 8 2005

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-28-05 at 12:15 p.m. |
| NAME OF SERVER (PRINT) Shannon R. Roberts | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

X  Other (specify): By serving Stephanie Minor, Secretary to Executive Director of Office of Legal Advisor, authorized to accept. Service was completed at 2201 C Street, NW, Room 5519, Washington, DC 20520.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/05
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.