**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTOPHER S. ENLOE,** )<br>)<br>          **Plaintiff,** )<br>)<br>     v.     )<br>)      Civil Action No. 05-2193 (RBW)<br>)<br>**CONDOLEEZZA RICE,** in her official )<br>capacity as United States Secretary of State     )<br>)<br>          **Defendant.** ) | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant, pursuant to Fed. R. Civ. P. 6(b), with the consent of plaintiff and for good cause shown, hereby respectfully moves for an enlargement of time up to and including March 31, 2006, in which to move, answer or otherwise respond to the Complaint. Defendant's response would otherwise be due on February 27, 2006.

Defendant's counsel and plaintiff *pro se* have had discussions suggesting that there may be a means by which to settle this civil action without further litigation, and both parties are intent to try. The parties are not requesting mediation at this time because they believe that there is a certain amount of progress that can be made without Court assistance. Certain factors involved in a potential resolution have already been identified. A significant amount of work must still be undertaken by the undersigned Assistant United States Attorney, however, involving discussions with State Department officials in various capacities. For these reasons, and because of the undersigned's extremely intensive litigation schedule over the last three weeks and upcoming three weeks, defendant respectfully requests, with plaintiff's consent, that the

enlargement sought be granted.

Defendan's counsel has conferred with plaintiff regarding this motion and plaintiff consents to the motion.

For the reasons stated above, defendants respectfully move that the Court grant the enlargement sought.

A proposed order is attached.

                                            Respectfully submitted,

                                            /s/
                                            KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                            United States Attorney

                                            /s/
                                            R. CRAIG LAWRENCE, D.C. BAR # 171538
                                            Assistant United States Attorney

                                            /s/
                                            LISA S. GOLDFLUSS, D.C. Bar #417787
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7198
                                            Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2006 I caused the foregoing *Consent Motion for Enlargement of Time* to be served first class mail, postage prepaid, addressed as follows:

CHRISTOPHER S. ENLOE
2657 Ridgemore Place
Atlanta, GA 30318
*Plaintiff*

        /s/
LISA S. GOLDFLUSS
Assistant United States Attorney