IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER S. ENLOE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-2193 (RBW) |
| ) | |
| **CONDOLEEZZA RICE, in her official** ) | |
| **capacity as United States Secretary of State** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this_____ day of _____, 2006

ORDERED that defendant shall have up to and including March 31, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE