IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER S. ENLOE,<br>2657 Ridgemore Place<br>Atlanta, Georgia 30318<br><br>      Plaintiff,<br><br> v.<br><br>CONDOLEEZZA RICE, in her official<br>capacity as United States Secretary of State<br>U.S. DEPARTMENT OF STATE<br>2201 C. STREET N.W.<br>Washington, D.C.  20520<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2193 (RBW) |

## SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendant, in the

above-captioned case and withdraw the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

        Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198


_____
MARIAN L. BORUM, D.C. Bar # 435406
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this \_\_\_\_ day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**CHRISTOPHER S. ENLOE**
**2657 Ridgemore Place**
**Atlanta, Georgia 30318**

 

_____
MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561