IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER S. ENLOE,<br>2657 Ridgemore Place<br>Atlanta, Georgia 30318<br><br>   Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE, in her official<br>capacity as United States Secretary of State<br>U.S. DEPARTMENT OF STATE<br>2201 C. STREET N.W.<br>Washington, D.C.  20520<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2193 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including May 31, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response would otherwise be due on May 1, 2006.  Plaintiff has consented to the relief requested.  Defendant seeks this enlargement on the following grounds:

The parties are engaged in settlement discussions and have come to an agreement in principal.  However, the parties need additional time to work out the terms of the settlement agreement.

For the foregoing reasons, defendant respectfully requests that the enlargement to answer, move or otherwise respond to Plaintiff's Complaint be granted. An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

CHRISTOPHER S. ENLOE
2657 Ridgemore Place
Atlanta, Georgia 30318

                                                 _____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER S. ENLOE,**<br>2657 Ridgemore Place<br>Atlanta, Georgia 30318<br><br>     **Plaintiff,**<br><br> v.<br><br>**CONDOLEEZZA RICE, in her official**<br>**capacity as United States Secretary of State**<br>**U.S. DEPARTMENT OF STATE**<br>**2201 C. STREET N.W.**<br>**Washington, D.C. 20520**<br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2193 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of _____ 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including May 31, 2006 in which to move, answer or otherwise respond to the Complaint.

                _____
                UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530

CHRISTOPHER S. ENLOE
2657 Ridgemore Place
Atlanta, Georgia 30318