IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER S. ENLOE,**<br>2657 Ridgemore Place<br>Atlanta, Georgia 30318<br><br>            **Plaintiff,**<br><br>     v.<br><br>**CONDOLEEZZA RICE,** in her official<br>capacity as United States Secretary of State<br>**U.S. DEPARTMENT OF STATE**<br>**2201 C. STREET N.W.**<br>Washington, D.C.  20520<br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-2193 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including July 31, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response would otherwise be due on June 30, 2006.   Plaintiff has consented to the relief requested.  Defendant seeks this enlargement on the following grounds:

In the course of the final review of the settlement agreement for execution, two additional issues have arisen.  Agency counsel needs to seek approval from other entities within her office, and plaintiff needs to provide agency counsel with additional documentation before these final issues can be resolved.

For the foregoing reasons, defendant respectfully requests that this Consent Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint be granted. An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of June, 2006, I caused the foregoing to be served by first class mail, postage prepaid, addressed as follows:

CHRISTOPHER S. ENLOE
2657 Ridgemore Place
Atlanta, Georgia 30318

_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER S. ENLOE,** <br> 2657 Ridgemore Place <br> Atlanta, Georgia 30318 <br><br> **Plaintiff,** <br><br> v. <br><br> **CONDOLEEZZA RICE, in her official** <br> **capacity as United States Secretary of State** <br> **U.S. DEPARTMENT OF STATE** <br> **2201 C. STREET N.W.** <br> **Washington, D.C. 20520** <br> **Defendant.** | Civil Action No. 05-2193 (RBW) |

**O R D E R**

UPON CONSIDERATION of this Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of _____ 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including July 31, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C. 20530

CHRISTOPHER S. ENLOE
2657 Ridgemore Place
Atlanta, Georgia 30318